UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JOSEPH HALL,

               Defendant.

------------------------------------x

<u>ORDER</u>

24 Crim. 419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-captioned matter shall appear before this Court on July 17, 2024 at 10:00 a.m. for an initial conference.

Dated: July 10, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge