# THOMAS AMBROSIO
ATTORNEY AT LAW

Member of NJ & NY Bars

September 19, 2024

Via ECF

Hon. Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**SO ORDERED.**

**The conference is adjourned to December 3, 2024 at 10:00 a.m.**

*/s/ George B. Daniels*
Hon. George B. Daniels

**September 19, 2024**

Re:   USA vs Joseph Hall, Indictment 24-cr-419

Dear Judge Daniels:

Joseph Hall was scheduled to have his Presentence interview today at 500 Pearl Street, however, due to reasons unknown, he was not transported from MDC Brooklyn and the interview was not conducted.

Based upon the foregoing circumstances I am requesting a 30-day adjournment of Mr. Hall's October 30, 2024 sentencing and that U.S. Probation's PSR deadlines be extended a commensurate amount.

Your Honor's approval of this adjournment request would be greatly appreciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:   Brandon Harper, AUSA (via ECF)
      Jill Jeffries, USPO (via email)
      Joseph Hall (via regular mail)