UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JOSEPH HALL,

    Defendant.

------------------------------------- x

ORDER

24 Crim. 419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The December 3, 2024 sentencing is adjourned to January 7, 2025 at 10:00 a.m.

Dated:  December 2, 2024

        New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge