# THOMAS AMBROSIO
ATTORNEY AT LAW

Member of NJ & NY Bars

December 8, 2024

Via ECF

**SO ORDERED**

Hon. Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The sentencing scheduled for January 7, 2025 is adjourned to February 11, 2025 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

DEC 10 2024

Re:   USA vs Joseph Hall, Indictment 24-cr-419

Dear Judge Daniels:

Your Honor rescheduled Mr. Hall's sentencing for 10:00 a.m. on January 7, 2025. I am respectfully requesting an alternate sentencing date because starting on January 6, 2025 I will on on trial, Monday thru Friday, in U.S. v. Shahid, *et al.*, 20-cr-236, before Judge Julian Neals, in the District of New Jersey. The Government anticipates its case will take three weeks to put in its case.

I am not available the week of February 3, 2025 therefore I am respectfully requesting that the sentencing be adjourned to date after February 10, 2025.

Your Honor's approval of this adjournment request would be greatly appreciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:   Brandon Harper, AUSA (via ECF)
Jill Jeffries, USPO (via email)
Joseph Hall (via regular mail)

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com